FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 02 2011

GREGORY C. LANGHAM
                    CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01056-BNB

RICHARD GLEN BLOUNT, III,

    Applicant,

v.

BLAKE DAVIS,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Richard Glen Blount, III, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary Administrative Maximum in Florence, Colorado. He initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on April 21, 2011.

In an order filed on April 26, 2011, Magistrate Judge Boyd N. Boland ordered Mr. Blount to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Blount was directed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form and a current certified copy of his prisoner's trust fund statement. He was informed that the § 1915 motion and affidavit was only necessary if the $5.00 filing fee was not paid in advance. The April 26 order warned Mr. Blount that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice.

Mr. Blount has not communicated with the Court since April 21, 2011. Therefore, he has now failed to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form and a current certified copy of his prisoner's trust fund statement as directed by the April 26 Order. This action will be dismissed for Mr. Blount's failure to cure the designated deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Richard Glen Blount, III, to comply with the order to cure dated April 26, 2011.

DATED at Denver, Colorado, this __2nd__ day of ____June____, 2011.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01056-BNB

Richard Glen Blount III
Reg. No. 67882-065
USP Florence ADMax
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on June 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk